SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61313-CIV-COHN

JOE BROWN,

Magistrate Judge White

　　　　Plaintiff,

vs.

OFFICER JOSEPH HANNOLD,

　　　　Defendant.
_____/

## ORDER DENYING MOTION TO RECUSE

THIS CAUSE is before the Court upon the Plaintiff's Motion to Recuse [DE 18]. The Court has carefully considered the motion and is otherwise fully advised in the premises.

Plaintiff Joe Brown filed this action for an illegal search and seizure pursuant to the Fourth, Eighth and Fourteenth Amendments to the United States Constitution, and the Civil Rights Act, 42 U.S.C. § 1983, against police officer Joseph Hannold. The Complaint alleges that Officer Hannold illegally searched Plaintiff on August 21, 2003, leading to a prosecution against him for burglary. Plaintiff's motion to recuse states that the undersigned was the presiding judge in a 2001 criminal case in state court against the Plaintiff. Upon a review of the record, there is no indication that the 2003 incident that is the subject of this lawsuit has any relation to the 2001 criminal case.

Plaintiff seeks recusal pursuant to 28 U.S.C. § 455(a). "Section 455 requires that a judge disqualify himself 'in any proceeding in which his impartiality might reasonably be questioned' or '[w]here he has a personal bias or prejudice concerning a

party.' 28 U.S.C. §§ 455(a) & (b)(1) (2000). Under § 455, the standard is whether an objective, fully informed lay observer would entertain significant doubt about the judge's impartiality." Christo v. Padgett, 223 F.3d 1324, 1333 (11th Cir. 2000). Under this standard, just because a federal judge presided over a prior criminal case in state court against a party who is now a plaintiff in a Section 1983 action in federal court does not raise significant doubts about impartiality. In this case, the prior criminal case had nothing to do with the incident giving rise to the present civil rights action.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion to Recuse [DE 18] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23RD day of April, 2007.

JAMES I. COHN
United States District Judge

copies to:

U.S. Mag. Judge Patrick White

Joe Brown, pro se
DC # 648740
Lake Corr. Inst.
19225 U.S. Hwy 27
Clermont, FL 34715

Alain Boileau, Esq./Dieter Gunther, Esq.

2