UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61313-CIV-COHN

JOE BROWN,

Magistrate Judge White

    Plaintiff,

vs.

OFFICER JOSEPH HANNOLD,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon the Supplemental Report and Recommendation of Magistrate Judge regarding Plaintiff's Amended Complaint [DE 24]. Following the Court's granting in part of Plaintiff's Motion for Enlargement of Time [DE 30], Plaintiff had until June 18, 2007 to file objections to the Supplemental Report and Recommendations. Rather than filing objections, Plaintiff filed a Motion for Leave to File a Second Amended Complaint [DE 36].

Even though Plaintiff did not file objections to the Supplemental Report and Recommendation, the Court has performed a de novo review of the Report and is otherwise fully advised in the premises. Plaintiff Joe Brown filed this action for an illegal search and seizure pursuant to the Fourth, Eighth and Fourteenth Amendments to the United States Constitution, and the Civil Rights Act, 42 U.S.C. § 1983, against police officer Joseph Hannold. The Magistrate Judge did an initial review of the Complaint pursuant to 28 U.S.C. § 1915 [DE 6]. The Report and Recommendation, approved by the undersigned, allowed a claim to proceed against Officer Hannold for the alleged

violations of the Fourth Amendment [DE 8].

After Officer Hannold filed an answer to that claim, Plaintiff filed an Amended Complaint adding Officer Gassett and the City of Fort Lauderdale as Defendants [DE 22]. The Magistrate Judge again screened the Amended Complaint, and recommended that a claim against Officer Gassett, individually, for denial of rights under the Fourth Amendment, be allowed to continue, while the claims against the City of Fort Lauderdale Police Department and its Chief of Police be dismissed for failure to state a claim.

After reviewing the Amended Complaint and the Magistrate's Report, the Court agrees with the reasoning and analysis of the Magistrate Judge. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Supplemental Report and Recommendation of Magistrate Judge regarding Plaintiff's Amended Complaint [DE 24] is hereby **ADOPTED**;

2. The claim of denial of rights under the Fourth Amendment (search and seizure) in the Amended Complaint proceed against Gassett in his individual capacity only;

3. The City of Fort Lauderdale Police Department and its Chief of Police be dismissed as parties pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of June, 2007.

JAMES I. COHN
United States District Judge

copies to:

U.S. Mag. Judge Patrick White

Joe Brown, pro se
DC # 648740
Lake Corr. Inst.
19225 U.S. Hwy 27
Clermont, FL 34715

Alain Boileau, Esq./Dieter Gunther, Esq.